IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN M. CAZARES,
ALIEN # A36-744-432,

     Petitioner,

v.                                          CASE NO.  4:08cv178-SPM/WCS

UNITED STATES DEPARTMENT OF
IMMIGRATION AND NATURALIZATION,

     Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated July 14, 2008 (doc.16).  Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2.    Because this court lacks jurisdiction to review a final order of

removal, pursuant to the REAL ID Act of 2005, 8 U.S.C. § 1252, this § 2241 action is transferred to the Eleventh Circuit Court of Appeals.

DONE AND ORDERED this 14th day of August, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.  4:08cv178-SPM/WCS